**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

v.  Case No. 2:15-mj-8

**JONATHON SCHRADER,**
    **Defendant.**

## ORDER/OPINION

On February 20, 2015, came the United States by Stephen Vogrin, its Assistant United States Attorney, and Defendant, Jonathon Schrader, in person and by his counsel, Brian Kornbrath, for hearing on the criminal complaint filed against him on February 17, 2015.

Prior to the taking of evidence and testimony, Defendant waived his preliminary hearing in writing. The Court determined that Defendant's waiver was made freely, knowingly, and voluntarily. Upon consideration of which, the Court finds there is probable cause to believe that:

> On or about February 13, 2015, in Randolph County, in the Northern District of West Virginia, defendant did knowingly possess, conceal and store stolen explosive materials, that is one full demolition block and one-half demolition block of M112 C-4 plastic explosive, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe that the explosive material was stolen, in violation of Title 18, United States Code, Section(s) 842(h) and 844(a).

It is therefore **ORDERED** that Jonathon Schrader be bound over for proceedings before a Grand Jury attending the United States District Court for the Northern District of West Virginia.

DATED this 20th day of February, 2015.

*John S. Kaull*
JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE