# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

v.                                CRIMINAL ACTION NO. 2:15-mj-8

JONATHON SCHRADER,
         **Defendant.**

## ORDER/OPINION TEMPORARILY GRANTING
## GOVERNMENT'S MOTION TO DETAIN AND CONTINUING HEARING

On February 20, 2015, came the United States by Stephen Vogrin, its Assistant United States Attorney, and also came the defendant, Jonathon Schrader, in person and by his counsel, Brian Kornbrath, for hearing on the motion of the United States to detain Defendant pending trial. The Government contends this case is eligible for detention because it involves a serious risk that Defendant will flee and a serious risk of obstruction of justice. The Government also contends the Court should detain Defendant because there are no conditions of release which will reasonably assure his appearance as required and the safety of any other person and the community.

Prior to the taking of any testimony or evidence, counsel for Defendant stated that Defendant was not objecting to detention at this time, but wanted to reserve the right to request a hearing in the future should new evidence be discovered. The Government had no objection. The Court finds that Defendant freely, knowingly, and voluntarily waived his right to a detention hearing at this time. Accordingly, the Government's motion to detain is **TEMPORARILY GRANTED**, and the detention hearing in this matter is **CONTINUED GENERALLY**. It is further **ORDERED THAT**:

    1. The defendant be, and he is hereby remanded to the custody of the United States Marshal pending further proceedings in this case;

2. The defendant be confined in a facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Probation Officer.

DATED this 20th day of February, 2015.

*John S. Kaull*
JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE